UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,

-against-

MARIA ROLON,

                       Defendant.
-----------------------------------------------------------X

**MEMORANDUM**

18 Cr. 291 (VB)

TO: Vincent L. Briccetti, United States District Judge:

Please find attached a transcript of the August 12, 2019 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: October 15, 2019
      White Plains, New York

Respectfully Submitted,

_____
JUDITH C. McCARTHY
United States Magistrate Judge